# Kumar v. Williams Portfolio 7, Inc.
# C14-657RAJ

## TRIAL WITNESS LIST

| Name | Date(s) Testified |
|---|---|
| Neerupma Haneet | 08-24-2015 |
| Haneet Kumar | 08-24-2015<br>08-25-2015<br>08-26-2015<br>08-27-2015<br>08-31-2015 |
| Drew Gillette | 08-25-2015 |
| Michelle Seidl | 08-25-2015 |
| Dr. Alfred Johnson | 08-25-2015 |
| Dr. David Buscher | 08-26-2015 |
| Dr. Scot t McMahon | 08-26-2015 |
| Dr. Leonard Altman | 08-26-2015 |
| Jonathan Clifton | 08-27-2015 |
| Jorge Nunez | 08-27-2015 |
| Sean Williams | 08-27-2015<br>08-31-2015 |
| Angela Ware | 08-27-2015<br>08-31-2015 |
| Elizabeth Krzyminski | 08-31-2015 |
| Coreen Robbins, Ph.D. | 08-31-2015 |
| Bruce Kelman, Ph.D. | 08-31-2015 |