# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANEET KUMAR, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | CASE NUMBER: C14-657RAJ |
| v. | |
| WILLIAMS PORTFOLIO 7, INC., | |
| Defendant. | |

__X__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of Defendant.

Dated this 3rd day of September, 2015.

WILLIAM M. McCOOL,
Clerk of the Court

By:   _/s/ Victoria Ericksen_
        Deputy Clerk